# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 3, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153830(80)

RONNIE DANCER and ANNETTE DANCER,
     Plaintiffs-Appellees,

v

CLARK CONSTRUCTION COMPANY, INC.,
     Defendant-Appellant,
and

BETTER BUILT CONSTRUCTION SERVICES,
INC.,
     Defendant-Appellee.
_____/

SC: 153830
COA: 324314
Kalamazoo CC: 2012-000571-NO

     On order of the Chief Justice, the motion of the Michigan Association for Justice to file an amicus curiae brief is GRANTED. The amicus brief submitted on February 23, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 3, 2017



Clerk